# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2016

*The Court of Appeals hereby passes the following order:*

**A16A2171.  IN THE INTEREST OF K. W.**

The Georgia Department of Human Services's Motion to Dismiss this appeal as moot is hereby **GRANTED** and the appeal is **DISMISSED AS MOOT**.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,*  09/23/2016
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*